# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05-cr-00247-RLH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ROBERTO CHARLES YSASSI, ) | Motion for Copy of Entire Docket Sheet - #156 |
| ) | |
| Defendant. ) | |

    This matter is before the Court on Defendant's Motion for a Copy of the Entire Docket Sheet (#156), filed February 25, 2011.

    Defendant states that he has been approved to proceed *in forma pauperis* in this action and requests that the Court provide him with a copy of the docket report. (#156). There is no indication in the record that Defendant was ever granted leave to proceed *in forma pauperis* in this case. In fact, on June 19, 2009, Judge Hunt denied Defendant's *in forma pauperis* motion. (#142). As a courtesy, however, the Court will issue Defendant a copy of the docket sheet in his case. Accordingly,

    **IT IS HEREBY ORDERED** that Defendant's Motion for a Copy of the Entire Docket Sheet (#156) is **granted**. The Clerk of the Court shall prepare a copy of the docket activity sheet in this case and send it to the address on file with the Court for Defendant.

    DATED this 7th day of March, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**